Decided October 22, 2009

## IN RE JUSTIN F.

## IN RE HAILEE F.

The petition by the respondents Anthony L. and Kimberly L. for certification for appeal from the Appellate Court (AC 30780/AC 31267) is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Anthony L.*, pro se, and *Kimberly L.*, pro se, in support of the petition.

Decided October 22, 2009